THERESA STORM et al., Appellants, *v.* SOPHIE McGROVER et al., Individually and as Administratrices of the Estate of CAROLINE PREISS, Deceased, et al., Respondents.

*Storm* v. *McGrover*, 70 App. Div. 33, appeal dismissed.
(Submitted March 16, 1903; decided March 24, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1902, reversing an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Robert H. Barnet* for motion.

*Eugene Cohn* and *Julius Levy* opposed.

Motion granted and appeal dismissed, with costs in this court and ten dollars costs of motion.